STATE OF NEW JERSEY v. ANDREW HALL.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BRENT BOCCHINO.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY ADAMS.

July 23, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 385)

STATE OF NEW JERSEY v. DENNIS LEE HOLLEY.

July 23, 1985.

Petition for certification denied.